THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CAROL TAYLOR and PAUL TAYLOR**<br>Plaintiffs,<br>v.<br><br>**HIDDENBROOK TERRACE COMMUNITY HOMEOWNERS ASSOCIATION, THE MANAGEMENT GROUP, INC. dba ASSOCIATION MANAGEMENT SERVICES NW, JOHNNY WINNINGHAM, MARC IACOVETTI, WILL LIPPL, STEVEN HAYGOOD, KURT MOKE, and TOVIA CUTY**<br><br>Defendant. | **NO. 3:18-cv-05585-RBL**<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE AND ORDER<br><br>FRCP 41(a)(1)(A)(ii) |

## MOTION TO VOLUNTARILY DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to any party, because the parties amicably resolved this matter.

///

The Good Law Clinic, PLLC
WSBA#36036•OSB#012636
7017 NE Highway 99, Suite 106
Vancouver, WA 98665
Phone: (360) 694-4530
Facsimile: (360) 694-4762
E-mail: moloy@goodlawclinic.com

So stipulated:

| | |
|---|---|
| s/ Moloy K. Good | s/ Whitney Smith |
| Counsel for Plaintiffs | Counsel for Defendants |

### ORDER

The Court has reviewed the parties' stipulated motion to voluntarily dismiss this matter. Accordingly, the Court GRANTS the above Stipulated Motion in this action to voluntarily dismiss this matter WITH PREJUDICE and without an award of fees or costs to any party.

**IT IS SO ORDERED.**

DATED this 24th day of September, 2019.

Ronald B. Leighton
United States District Judge

The Good Law Clinic, PLLC
WSBA#36036•OSB#012636
7017 NE Highway 99, Suite 106
Vancouver, WA 98665
Phone: (360) 694-4530
Facsimile: (360) 694-4762
E-mail: moloy@goodlawclinic.com